# EXHIBIT 1

amazon

Delivering to New York 10016
Update location

Tools & Home Improvement ▾  |  B0GLPNPN2T

EN ▾  |  Hello, sign in Account & Lists ▾  |  Returns & Orders  |  0 Cart

PLAYOFFS
hosted by Google

07 : 28 : 55

☰ All  Amazon Haul  Medical Care ▾  Amazon Basics  Best Sellers  Books  Prime ▾  Today's Deals  Gift Cards ▾  Sell  Groceries

Tools & Home Improvement  Best Sellers  Deals & Savings  Gift Ideas  Power & Hand Tools  Lighting & Ceiling Fans  Kitchen & Bath Fixtures  Smart Home  Shop by Room  Launchpad  Amazon Business

Shout Pet Stain Remover Spray, Color-Safe Multisurface & Carpe... ★★★★★ 52  $9.99 ✔prime  Shop now

Sponsored ⓘ

Pet Supplies › Dogs › Litter & Housebreaking › Pooper Scoopers & Bags › Bags



120 pack

Click to see full view

  2+

# Dog Poop Bags Rolls - 120 Count Biodegradable & Leak-Proof | Hilarious Cartoon Prints, Funny Novelty Poop Bags for Dogs, Poo Bags, Doggie Waste Bags as Gag Gifts (8 Rolls)

Brand: Cullevo

$14.89 ($0.12 / count)

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns ▾

Get $50 off instantly: Pay $0.00 $14.89 upon approval for Amazon Visa. No annual fee.

Number of Items: **120**

| 120 $14.89 ($0.12 / count) | 60 $9.89 ($0.16 / count) |

| Brand | Cullevo |
|---|---|
| Capacity | 6.91 ounces |
| Unit Count | 120.0 Count |
| Recommended | Animal Waste, Baby Waste, Food Waste |
| Material Feature | Recyclable |
| Color | Yellow |

▾ See more

## About this item

- 😆 Fun & Unique Design Turn every walk into a laugh! Our poop bags feature outrageously funny cartoon prints that spark smiles and conversations. A unique twist on a routine chore—perfect for pet parents with a sense of humor.
- 💪 Reliable & Leak-Proof Engineered for total peace of mind. Made from extra-thick, tear-resistant material that is fully leak-proof. Provides a secure, hygienic barrier for any size dog—no leaks, no stress, just clean pickup.
- 💩 Convenient & Great Value Great value pack of 120 bags (8 rolls) ensures you're always prepared. Compact size fits easily in your pocket, purse, or leash dispenser. Perfect for walks, travel, or quick litter box duty.
- ✨ User-Friendly & Quality Assurance Designed for effortless use with easy-tear perforations and enhanced durability. Made from quality materials, these unscented bags offer a reliable, hassle-free cleanup experience for responsible pet care.
- 🎁 Perfect Funny Gift The ultimate gift for dog lovers with a sense of humor! Ideal for birthdays, holidays, or as a playful surprise, these novelty bags are guaranteed to deliver laughs and joy.

› See more product details

⚑ Report an issue with this product or seller



Deodorize pet odors instantly
**Poo-Pourri Deodorizer Spray Pet**
★★★★☆ 225
$5.99 ✔prime

Sponsored ⓘ

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$14.89 ($0.12 / count)

Get **Fast, Free Shipping** with **Amazon Prime**

FREE delivery **Wednesday, April 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, April 25.** Order within **10 hrs 24 mins.** Join Prime

📍 Delivering to New York 10016 - Update location

**In Stock**

Quantity: 1 ▾

Add to cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | QXUAN-US |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

▾ See more

Add to List




Miyouli 300 Counts Extra Thick...
4.6 ★★★★☆ 795
$17.99 ✔prime

Sponsored ⓘ

## Based on your recent shopping trends

     

Smolotov Premium Dog Poop Bags, Unscented, Leakproof, 4 Rolls (60 Count) - Stable Genius
★★★★★ 78
$17.47 ($0.29/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Funny Dogs Poop Bags Shit Bag 60 Count The Most Presidential Poop Bag Ever Unscented Leakproof Extra Thick P...
★★★★★ 4
$9.88 ($0.16/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Wonderline Donald Trump Politi-poo Dog Cat Pet Poop Waste Bag Gift Set with Bone-Shaped Dispenser, 150 Bags,...
★★★★★ 17
$13.99 ($0.09/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Smolotov Premium Dog Poop Bags, Unscented, Leakproof, 4 Rolls (60 Count), #2
$17.47 ($0.29/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

2026 SH*T Bag(60 Count) — "The Most Presidential Poop Bag Ever!" Dogs Guaranteed Leak Proof and Extra Thick Waste...
★★★★☆ 6
$9.88 ($0.16/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Generic Dumps for Trump and World Leaders, 150 Dog Waste Bags (Donlad D), Orange
★★★★☆ 6
$19.99 ($0.13/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 12 left in stock - order...

## Similar items that may deliver to you quickly

Page 1 of 5

     

Smolotov Premium Dog Poop Bags, Unscented, Leakproof, 4 Rolls (60 Count) - Stable Genius
★★★★★ 78
$17.47 ($0.29/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Pikoto Dog Poop Bags Rolls, 128 Count (8 Refills) - 60% Recycled Plastic Baby Powder Scented - Leak Proof,...
★★★★★ 251
$6.99 ($0.05/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Dog Poop Bags 270 Count Pink, Poop Bags for Dogs, Extra Strong Leak Proof Scented Odor Control Dog Waste Bag...
★★★★☆ 26
$7.99 ($0.03/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Vavious Dog Poop Bags Rolls Disposable Paw Prints Trash Bags for Dogs Durable Leak-Proof Dog Waste Bags 10 Roll...
★★★☆☆ 19
$5.99 ($0.03/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

Reli. Dog Poop Bags (2000 Pack, 5 Large Rolls) | 9"x13" Large Poop Bags for Dogs | Unscented, Leak Proof for...
★★★★☆ 50
$38.99 ($0.02/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping by Amazon

Pikoto Dog Poop Bags Rolls, 320 Count (20 Refills) - 60% Recycled Plastic Baby Powder Scented - Leak Proof,...
★★★★★ 251
$13.59 ($0.04/count)
Get it as soon as **Wednesday, Apr 29**
FREE Shipping on orders over $35 shipped by Amazon

## Product description











**Videos**

Help others learn more about this product by uploading a video!

Upload your video

# Product information

| Measurements | ⌄ |
|---|---|
| Materials & Care | ⌄ |
| Additional details | ⌄ |

| Item details | ⌄ |
|---|---|
| Style | ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄



The Best Food is Made with the Best Ingredients

Blue Buffalo Life Protection Formula Small Breed...
★★★★½ 6,726
Save 5% with Subscribe & Save
$41⁷⁸ $43.98 ✓prime

Sponsored ⓘ

amazon    Delivering to Bloomfield 07003  Update location     Tools & Home Improvement ▼    Search Amazon    🔍    EN ▼   Hello, sign in Account & Lists ▼    Returns & Orders    0 Cart

≡ All   Amazon Haul   Medical Care ▼   Amazon Basics   Best Sellers   Books   Prime ▼   Today's Deals   Gift Cards ▼   Sell   Groceries   New Releases   Registry   Smart Home

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad


Celebrate Earth Month
**Find products with sustainability features**

## Consider these alternative items



Funny Dogs Poop Bags Shit Bag 60 Count The Most Presidential Poop Bag Ever Unscented Leakproof Extr...
**5.0** ★★★★★ 4
**$9.88** ($0.16/count)



The Most Presidential Funny Dog Poop Bags - 60PCS (4 Rolls x 15 Bags Each), Leak-Proof Extra-Thick Pet W...
**5.0** ★★★★★ 2
**$9.99** ($0.17/count)



2026 SH*T Bag(60 Count) — "The Most Presidential Poop Bag Ever!" Dogs Guaranteed Leak Proof and Ex...
**4.4** ★★★★☆ 6
**$9.88** ($0.16/count)

Health & Household › Household Supplies › Paper & Plastic › Trash, Compost & Lawn Bags › Trash Bags





# 2026 New Funny Dogs Poop Bags SH*T Bag 60 Count The Most Presidential Poop Bag Ever Leak-Proof and Extra-Thick Pet Waste Bag Novelty Gag White Elephant Gift for Pet Walking and Cleaning

Brand: LUCDAWEI

4.6 ★★★★☆ ▼ (16)

No featured offers available

Learn more ▼

Delivering to Bloomfield 07003 - Update location

**See All Buying Options**

**Add to List**

| | |
|---|---|
| **Brand** | LUCDAWEI |
| **Unit Count** | 3.0 Count |
| **Recommended Uses For Product** | Animal Waste |
| **Color** | Yellow |

▼ See more

## About this item

- Politically Sound Doggie Poop Bags: Whether it's for a small puppy or a large dog, our -themed bags ensure your pet's waste is handled in an environmentally responsible way. Made from biodegradable, compostable material, these heavy-duty bags keep lawns and sidewalks clean, proving that big or small, a bag helps make any space look great again.
- What's in the Box : 60 premium SH*T bags, 3 different facial expressions. Pure, concentrated comedy. May cause uncontrollable laughter in public spaces
- Keep Them Everywhere : These cute, XXL poop bags are not just for dogs—they're a versatile solution for all your pets' waste needs. Keep them in your house, with your hiking and camping gear, and in your car. They're also suitable for cat litter and other pet waste, ensuring you can let your pet poop for wherever you go
- Extra-Strong & Leak-Proof :Built with thick, durable material to ensure no tears or leaks. Perfect for dog walks, outdoor cleanups, or keeping your hands protected during daily waste disposal
- Great Gag Gift for Pet Owners: A perfect novelty gift for dog lovers, gag gift exchanges, or anyone who appreciates funny, practical products that make everyday tasks more enjoyable

› See more product details

💬 Report an issue with this product or seller

## Competitively priced item

**Amazon's Choice**



Amazon Basics Premium Lavender Scented Standard Dog Waste Bags, 300 Count (15 Pack of 20)
★★★★★ (237709)
**$9.99** ($0.03/count)

## Deals on related products Sponsored ⓘ



**FORID 8 Gallon Trash Bags Multi Colored – Extra Thick Garbage Bags Unscented, Stron...**
★★★★½ 21,383
Limited time deal
-10% $19³⁴
($0.13 / count)
Typical: $21.49
✓prime



**Trash Bags 30 Count, White Drawstring Waste Bags | Leak-Resistant, Tear-Resistant, ...**
Limited time deal
-10% $17⁰⁹
List: $18.99
✓prime



**FORID Clear Medium Garbage Bags – 8 Gallon Plastic Trash Bags 30 Liter Wastebasket ...**
★★★★½ 10,067
Limited time deal
-10% $23³⁹
($0.11 / count)
Typical: $25.99
✓prime



**Compostable Trash Bags - FORID 8 Gallon Garbage Bags 150 Count Trash Can Liners 30 ...**
★★★★½ 6,860
Amazon's Choice
Limited time deal
-10% $21⁵⁶
($0.14 / count)
Typical: $23.95
✓prime



**FORID Small Black Trash Bags, 4 Gallon Garbage Bags, 220 Counts Strong Plastic Tras...**
★★★★½ 887
Limited time deal
-11% $15⁹⁹
($0.07 / count)
List: $17.99
✓prime

**100 PCS Resealable Mylar Bags with Zipper and Frosted Clear Window Smell Proof...**
★★★★½ 2,252
Limited time deal
-10% $6²⁹
($0.06 / count)
Typical: $6.99
✓prime

## 4 stars and above Sponsored ⓘ

Page 1 of 53



**100% Certified Home Compostable Dog Poop Bags with Handles - 10% to Charity - ASTM ...**
★★★★½ 646
$26⁹⁹ ($26.99 / count)
✓prime



**Dog Poop Pickup Bags Holder Dispenser with Standard-Sized Leak-Proof Scented Doggy ...**
★★★★½ 2,925
$7⁹⁹ ($0.53 / count)
✓prime



**Dog Poop Waste Bags Holder with LED Flashlight|Cute Doggie Poo Bags Dispenser for...**
★★★★½ 985
$13⁶⁸
✓prime



**qeerable Dog Poop Bag Dispenser, Wall-Mounted Dog Bag dispenser Outdoor or Indoor f...**
★★★★★ 289
-11% $16⁹⁹
($0.28 / count)
List: $18.99
✓prime

**Pekky Dog Poop Bag with Dispenser, Waste Dog Bags, 1365 Counts**
★★★★½ 75
-12% $22³⁶
List: $25.55
✓prime



**Sherr 20 Boxed Rolls 4000 Counts Dog Poop Bags Bulk Leak Proof Dog Waste Bags Unive...**
★★★★½ 156
$51⁹⁹ ($2.60 / count)
✓prime

## Product description



POOP BAGS FOR DOG

60 Count
★★★★★

The Most Presidential Poop Bag Ever





## Product information

| Measurements | ⌄ |
| --- | --- |

| Item details | ⌄ |
| --- | --- |

| Materials & Care | ⌄ |
| --- | --- |

| Style | ⌄ |
| --- | --- |

| Additional details | ⌄ |
| --- | --- |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?** ⌄

amazon    Delivering to Bloomfield 07003    Tools & Home Improvement ▾    Search Amazon    🔍    EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    0 Cart
  ⊙ Update location

☰ All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Prime ▾    Today's Deals    Gift Cards ▾    Sell    Groceries    New Releases    Registry    Smart Home

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room    Launchpad



Celebrate Earth Month
**Find products with sustainability features**

## Consider these available items



Poop Bags for Dogs, Dog Poop Bag Rolls and Small Trash Bags for Waste Cleanup, Extra Thick Doggie Bags f...
4.4 ★★★★⯪ 309
$5.99 ($0.10/count)



2026 SH*T Bag(60 Count) — "The Most Presidential Poop Bag Ever!" Dogs Guaranteed Leak Proof and Ex...
4.4 ★★★★⯪ 6
$9.88 ($0.16/count)



Sungrow Dog Poop Bags, Roll Replacement for Outdoor Puppy Walking and Travel, Cat Litter Dispo...
4.2 ★★★★☆ 25
$4.70 ($0.59/count)

Pet Supplies › Dogs › Litter & Housebreaking › Pooper Scoopers & Bags › Bags



### Trump Poop Bags for Dogs, Leak-Proof Pet Waste Bags, 60 Pack The Most Presidential Poop Bag, Suitable for outdoor dog walking, Best Gift for Pet Lovers.

Brand: GLECTG

5.0 ★★★★★ ▾ (3)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Brand | GLECTG |
|---|---|
| Capacity | 8.5 ounces |
| Unit Count | 60.0 Count |
| Recommended | take dog poop |
| Color | Yellow |

∨ See more

### About this item

- **60-Count Value Pack with Playful Expressions** - Each roll contains 60 poop bags featuring lighthearted facial designs that may bring a smile during daily walks. This playful approach can help turn a routine task into a slightly more entertaining moment for pet owners who enjoy a bit of humor in their day.

- **Tear-Resistant & Leak-Proof Construction** - Made with durable material and securely sealed bottoms, these bags are intended to help reduce the likelihood of leaks or messy accidents. Whether walking a small puppy or a larger breed, pet owners may feel more at ease handling waste with this level of protection.

- **Versatile Multi-Purpose Use** - Beyond dog walks, these bags can be useful for various cleanup tasks: cat litter disposal, small pet waste, car trash, or food scraps. The perforated seams tend to tear cleanly and smoothly, making it easy to keep rolls in multiple spots—at home, in the car, or packed with camping and hiking gear.

- **Environmentally Considered Design** - The packaging incorporates recycled cardboard rolls and materials chosen with sustainability in mind. For pet owners hoping to keep sidewalks and outdoor spaces clean while considering environmental impact, these bags offer a thoughtful option.

- **Fun Gag Gift for Pet Lovers** - A playful and practical choice for gift exchanges or surprises for fellow pet owners. The combination of utility and humor often makes it a memorable present that tends to bring a smile—while helping keep hands clean.

› See more product details

🗩 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⊙ Delivering to Bloomfield 07003 - Update location

[ Add to List ]

**Products related to this item** Sponsored ⓘ

Amazon | Delivering to Bloomfield 07003 · Update location | Tools & Home Improvement ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Amazon Haul | Medical Care ▾ | Amazon Basics | Best Sellers | Books | Prime ▾ | Today's Deals | Gift Cards ▾ | Sell | Groceries | New Releases | Registry | Smart Home

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad

Viva — Absorbency meets durability and softness — Viva Signature Cloth Paper Towel... — $38.94 $40.99 ✓prime — Save 5% with Subscribe & Save — Shop now

Sponsored ⓘ

Health & Household › Household Supplies › Paper & Plastic › Trash, Compost & Lawn Bags › Trash Bags



2️⃣ pack  📤

Click to see full view

      

## 2026 Funny Dog Poop Bags 120PCS – The Most Presidential Poop Bag Ever, Extra Thick & Leak-Proof Pet Waste Bags, Novelty Gag Gift Rolls for Dog Walking, Puppy, Cat, Travel & Outdoor Cleaning

Brand: Arboriva

$19⁹⁹ ($0.17 / count)

**Get $50 off instantly:** Pay $0.00 $19.99 upon approval for Amazon Visa. No annual fee.

| Brand | Arboriva |
|---|---|
| Unit Count | 120.0 Count |
| Recommended Uses For Product | Animal Waste, Baby Waste, Food Waste, Recyclable Waste, Toilet Waste, Yard Waste |
| Material Feature | Recyclable |
| Color | Yellow |

⌄ See more

...themed dog poop bags feature 3 different humorous facial expressions and a bold "Most Presidential" style design, turning everyday cleanup into pure, concentrated comedy. Whether for small puppies or large dogs, they add laughs and smiles to every walk.

- 💪 【Extra Thick, Leak-Proof & Tear-Resistant】 Made from thick, durable material with a securely sealed bottom, these extra-strong poop bags prevent tears, leaks, and busts. Designed to keep your hands fully protected during even the toughest cleanups—no mess, no stress.

- 🌱 【Eco-Friendly & Premium Materials】 Produced at a BSCI-certified facility using PBAT + PLA + cornstarch, these biodegradable and compostable pet waste bags are soft to the touch and environmentally responsible. A greener choice for responsible pet owners who care about quality and the planet.

- 🏷️ 【XXL Size & 120PCS Value Pack】 Each bag measures a generous 9" × 13", large enough to fully cover your hand for sanitary cleanup. This set includes 120 premium poop bags, making it a reliable, long-lasting supply for daily walks, backyard cleanup, and travel.

- 🎁 【Versatile Use & Perfect Gag Gift】 Perfect for dogs, puppies, cats, cat litter, diapers, food waste, and travel. Keep them at home, in your car, or with hiking and camping gear. A hilarious yet practical gag gift for dog lovers, gift exchanges, and anyone who appreciates funny, useful products.

› See more product details

💬 Report an issue with this product or seller



Best Odor-Sealing Cat Poop Bags, BOS for Pet Waste & Kitty Litter - Disposal Bags - Scent & Smell Free...
★★★★½ 145
$16.10 ($0.18/count) ✓prime

Sponsored ⓘ

---

$19⁹⁹ ($0.17 / count)

FREE delivery **May 8 - 19**. Details

Or fastest delivery **April 30 - May 1**. Details

📍 Delivering to Bloomfield 07003 - Update location

**In stock**
Usually ships within 4 to 5 days.

Quantity: 1 ▾

**Add to cart**

**Buy Now**

| Shipper / Seller | Arboriva |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |



Depend XL Disposable Washcloths...
★★★★★ 67
$23⁹⁸ ✓prime



Sponsored ⓘ



FORID 8 Gallon Trash Bags Multi Colored - Extra Thick Garbage Bags Unscented, Stron...
★★★★☆ 21,383
**Amazon's Choice**
**Limited time deal**
-10% $19³⁴
($0.13 / count)
Typical: $21.49
✓prime



8 Gallon 200 Counts Unscented Medium Trash Bags,Fit 7,8,9,10 Gal Garbage Bags by Te...
★★★★☆ 5,943
$21³⁹ ($0.11 / count)
✓prime



Heavy Duty Contractor Trash Bags 33 Gallon 30 Count, 1.0 Mil, Strong Black Garbage ...
★★★★☆ 75
$19⁹⁹ ($0.67 / count)
✓prime
Save 10% with coupon



Biodegradable Large Trash Bags 13+ Gallon Tall Kitchen Recyclable Waste Bags, Heavy...
★★★★★ 4
$14⁹⁹ ($0.25 / count)
✓prime



4 Gallon Trash Bags Drawstring, Portable Small Trash Bags with Printed Lily Design,...
★★★★★ 16
$9⁹⁹ ($0.20 / count)
✓prime
Save 10% with coupon

5 Rolls Small Trash Garbage Bags, 4 Gallon Strong Thin Material Disposable Kitchen ...
★★★★☆ 4,348
$9⁹⁹ ($0.10 / count)
✓prime

# Brand in this category on Amazon


pawtria

For the paws you love. For the planet they walk on
Shop Pawtopia - Pawtria ›




Pawtria Certified Home Compostable...
★★★★☆ 374
✓prime


Pawtria Certified Home Compostable...
★★★★☆ 374
✓prime


Pawtria Certified Home Compostable...
★★★★☆ 374
✓prime

Sponsored ⓘ

# Product description



**The All-in-One Waste Solution**
Introducing the ultimate companion for modern pet owners and busy households. Our innovative dispenser isn't just for pet waste; it is the versatile solution you didn't know you needed.



**Versatile Household Disposal**
Expand the utility of your waste management system beyond the backyard. These bags are perfectly sized and sturdy enough to handle various indoor tasks. Use them as small trash can liners in your kitchen for food scraps, in



**Superior Pet Waste Management**
Designed with pet owners in mind, our bags provide a reliable barrier against leaks and odors. The thick, durable material ensures you can pick up dog waste or scoop cat litter without worrying about tears or residue on



**Compact & Travel-Friendly Design**
Never be caught unprepared. The dispenser features a compact, lightweight design that clips easily onto leashes, backpacks, strollers, or keychains. When you are on the go, access to a clean bag is always within reach.

the nursery for diapers and wipes, or in the bathroom for general refuse.

your hands.

## Product information

| Measurements | ^ |
| --- | --- |
| Unit Count | 120.0 Count |
| Number of Items | 2 |

| Materials & Care | ^ |
| --- | --- |
| Material Features | Recyclable |
| Material Type | Plastic |

| Style | ^ |
| --- | --- |
| Color | Yellow |
| Item Form | Bag |

| Additional details | ^ |
| --- | --- |
| Scent | Unscented |

| Item details | ^ |
| --- | --- |
| Brand Name | Arboriva |
| Recommended Uses For Product | Animal Waste, Baby Waste, Food Waste, Recyclable Waste, Toilet Waste, Yard Waste |
| Manufacturer | Arboriva |
| Included Components | bags, boxes |
| Best Sellers Rank | #1,128,966 in Health & Household (See Top 100 in Health & Household) #6,464 in Trash Bags |
| ASIN | B0GK1L9VGM |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ∨

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item <sub>Sponsored</sub> ⓘ

Page 1 of 17

‹



5 Rolls Small Trash Garbage Bags, 4 Gallon Strong Thin Material Disposable, Kitchen...
★★★★☆ 4,348
**Amazon's Choice**
$9⁹⁹ ($0.10 / count)
✓prime



6 Gallon Small 120 Counts Strong Drawstring Trash Bags Garbage Bags by...
★★★★☆ 3,802
$13²⁵ ($0.13 / count)
✓prime



4 Gallon Trash Bags Drawstring, Portable Small Trash Bags with Printed Lily Design,...
★★★★★ 16
$9⁹⁹ ($0.20 / count)
✓prime
**Save 10%** with coupon



FORID Small Garbage Bags - 5 Gallon, Trash Can Liner for Home, Office, Bathroom, Be...
★★★★☆ 21,383
**Limited time deal**
-10% $17⁹⁶
($0.12 / count)
List: $19.95
✓prime



MakMeFre 5Rolls 4Gallon Portable Trash Bags,Thicken Small Garbage Bags for...
★★★☆☆ 272
$9⁹⁹ ($0.07 / count)
✓prime



Biodegradable Large Trash Bags 13+ Gallon Tall Kitchen Recyclable Waste Bags, Heavy...
★★★★★ 4
$14⁹⁹ ($0.25 / count)
✓prime

›





COMCAST BUSINESS
Reliability. Security. Savings. **All in one.**
TOTAL SOLUTIONS ADVANTAGE
Get started for **$60**/mo.
for 12 months



Amazon    Delivering to Bloomfield 07003  Update location    Tools & Home Improvement ▾    B0GWWZMWZ5    🔍    ▬ EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    🛒 0 Cart

☰ All   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Prime ▾   Today's Deals   Gift Cards ▾   Sell   Groceries    ⛹ PLAYOFFS   07 : 30 : 12

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad   Amazon Business

MATEINA · YERBA MATE    New on Amazon! The drink Huberman doesn't go a day without    Shop Mateina



Click to see full view

Poop Bags for Dogs,Dog Poop Bags Rolls Doggie Poop Bags Extra Thick Leak Proof with Funny Print,4 Rolls 60 Count The Most Presidential Pet Waste Bags for Puppy Cat Outdoor Travel Walking Cleaning Gift

Brand: Generic

$11⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns ▾

Get $10 off instantly: Pay $1.99 ~~$11.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **1 Pack**

 $11.99     $16.99

| Brand | Generic |
|---|---|
| Unit Count | 1.0 Count |
| Recommended Uses For Product | Trump Dog Poop Bags |
| Color | 1 Pack |
| Material | Plastic |

## About this item

- 60-Count Leak-proof and Ultra-Durable: Featuring a sealed bottom and reinforced structure, these dog poop bags prevent spills and messes, ensuring your hands and home stay clean during pet waste cleanup. Perfect for poop bags for dogs, dog waste bags, and doggie poop bags, making them ideal for walks, hikes, and daily use with dogs of all sizes.

- Easy-Tear Convenience for Quick Use: Each poop bag includes perforated lines for effortless tearing, allowing fast access during cleanup. These bags for poop and pet poop bags are spacious and sturdy, suitable for small to large pets, ensuring hassle-free handling in any setting.

- Leak-Proof Material:Crafted from Biodegradable, and Compostable Material, our biodegradable dog poop bags and compostable dog poop bags boast double-sealed bottoms to resist tearing and leakage. They're tough and reliable for pet waste bags, cat poop bags, or household trash, supporting a greener lifestyle.

- Odor-Blocking and Multipurpose Functionality: Designed to contain smells effectively, these dog poop bags rolls are versatile for dog feces, cat litter, diapers, food scraps, or car trash. Use them as poop bags, trump poop bags, or general-purpose bags for reliable performance in diverse scenarios.

- Fun, Portable Gift for Pet Lovers: Adorned with playful patterns, our doggy poop bags make cleaning enjoyable and serve as a humorous, practical gift for dog owners or novelty gift exchanges. Each pack contains 60 high-quality pet poop bags, portable for walks, parks, camping, and outdoor adventures, adding fun to pet care routines.

› See more product details

⚑ Report an issue with this product or seller



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$11⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**

FREE delivery **Wednesday, April 29** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, April 25.** Order within **13 hrs.** Join Prime

⊙ Delivering to Bloomfield 07003 - Update location

**In Stock**

Quantity: 1 ▾

Add to cart

Buy Now

Returns    FREE 30-day refund/replacement
Payment    Secure transaction

▾ See more

Add to List

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| Measurements | ^ |
|---|---|
| Unit Count | 1.0 Count |
| Number of Items | 1 |

## Materials & Care ^

| Material Type | Plastic |
|---|---|

## Style ^

| Color | 1 Pack |
|---|---|
| Item Form | Bag |

## Additional details ^

| Scent | no |
|---|---|

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

| Item details | ^ |
|---|---|
| Brand Name | Generic |
| Recommended Uses For Product | Trump Dog Poop Bags |
| Manufacturer | CKB |
| Included Components | Poop Bags for Dogs |
| ASIN | B0GWWZMWZ5 |

## Product Description

"

60-Count Leak-proof and Ultra-Durable: Featuring a sealed bottom and reinforced structure, these dog poop bags prevent spills and messes, ensuring your hands and home stay clean during pet waste cleanup. Perfect for poop bags for dogs, dog waste bags, and doggie poop bags, making them ideal for walks, hikes, and daily use with dogs of all sizes.
Leak-Proof Material:Crafted from Biodegradable, and Compostable Material, our biodegradable dog poop bags and compostable dog poop bags boast double-sealed bottoms to resist tearing and leakage. They're tough and reliable for pet waste bags, cat poop bags, or household trash, supporting a greener lifestyle.
Easy-Tear Convenience for Quick Use: Each poop bag includes perforated lines for effortless tearing, allowing fast access during cleanup. These dog bags for poop and pet poop bags are spacious and sturdy, suitable for small to large pets, ensuring hassle-free handling in any setting.
Odor-Blocking and Multipurpose Functionality: Designed to contain smells effectively, these dog poop bags rolls are versatile for dog feces, cat litter, diapers, food scraps, or car trash. Use them as poop bags, trump poop bags, or general-purpose bags for reliable performance in diverse scenarios.
Fun, Portable Gift for Pet Lovers: Adorned with playful patterns, our doggy poop bags make cleaning enjoyable and serve as a humorous, practical gift for dog owners or novelty gift exchanges. Each pack contains 60 high-quality pet poop bags, portable for walks, parks, camping, and outdoor adventures, adding fun to pet care routines.

"


Sponsored ⓘ

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review



https://www.ebay.com/itm/317842010654?_skw=trump+poop+bags&itmmeta=01KPE63E1AH6SQQ46STWKV7PT5&hash=item4a00dc321e:g:Cx4AAeSwgBlp     April 22, 2026

g~3v&itmprp=enc%3AAAQALAAAA8GfYFPkwiKCW4ZNSs2u11xDqkF0rOVA7ErB%2FjpgtffeS%2BE%2B3ZwP2TioHrAso09lvxcmLcePXf3EqKDMZaAkNAOtSVm5HpktL2f%2FVvFNrpIw%2FgR1ZlhpnqHuLKuo%2Fy%2FX9qbt7hd4hMN%2Bn5L7FMMRIM%2BFfF4oBtGDU2K%2BvDxLMz1pst0u3FVSk1GwD2xRJQkkJr5eW3yFSqPN%2BWLt%2FjKRurDtQvwndH3hB22luYgUHFj1%2FFANWYpPs6fwdG4EpUiuDY0hvAMh4S6FVuSva%2BqUNe87FW1X%2FwGftBPaxq%2Br%2BqsoGv2qnJB59pRBnNqnNCmsbMA%3D%3D%7Ctkp%3ABFBM7uCNxrNn

**ebay**     Shop by category ⌄

Search for anything          All Categories ⌄          **Search**     Advanced

---

🛍 **LIVE**     **Streaming now**  Shop exclusive items from trusted sellers          **Join event**

## People who viewed this item also viewed



NEW Poop Bags for Dog, 60 Count The Most Presidential Poop Bag...
New
**$25.99**
+ $4.99 delivery
Sponsored

60/120 Count Dog Waste Bags Dog Poop Bags Biodegradable Unscente...
New
**$12.48**
Free delivery

SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60/120 Count
New
**$17.58**
Free delivery

SH*T Bag (60 Count) — "The Most Presidential Poop Bag Ever!" 2026 New
New
**$17.58**
Free delivery

---

🏷 **SAVE UP TO 15% WHEN YOU BUY MORE**

New Fun Dog Poop Bags
🇺🇸 **USA Stock**
**60/120 Count**
**BIG SALE**

**Stock**

**BIG SALE**

SH*T

SH*T Bag

60 Bags

Have one to sell?     Sell one like this     Sell something else          ⬆ Share

### SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60/120 Count

**Y**  yohahayyi0 (752)          ›
98.8% positive · Seller's other items · Message seller

## US $17.45/ea

Condition:     New ⓘ                              ?

Quantity:     [ 1 ]     10 available

98.8% positive · Seller's other items · Message seller          ✎

## US $17.45/ea

Condition:     New ⓘ

Quantity:     [ 1 ]     10 available

Bulk savings:

| Buy 1 $17.45/ea | Buy 2 $16.58/ea | Buy 3 $15.71/ea |
|---|---|---|

4 or more for $14.83/ea

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

↩ Breathe easy. Returns accepted.

**Shipping, returns, and payments**

## Similar Items          See all

New Fun Dog Poop Bags     🇺🇸 US STOCK FREE SHIPPING

 

SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60/120 Count

New

**$17.58**
Free delivery

New Funny Dogs Poop Bags SH*T Bag 60 Count The Most Presidential Poop Bag 2026

New

**$6.58**
Free delivery

FLEXI Multi Box – Add on Retractable Leashes, Poop Bag Dispenser, Dog Treat...

New

**$6.99**
0 bids
+ delivery

Shipping: **Free** USPS Ground Advantage®. <u>See details</u>
Located in: Hollywood, Florida, United States

Delivery: Estimated between **Fri, May 1** and **Thu, May 7** ⓘ

Returns: 30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. <u>See details</u>

Payments: PayPal venmo G Pay VISA mastercard DISCOVER ◎

PayPal **CREDIT**
Special financing available. <u>Learn more</u>

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. <u>Learn more</u>

## Explore related items
Sponsored

See all



240 Count 13" x 9"Dog Waste Bags Rolls, Leakproof Strong & Sturdy Bags for Dogs,

New

**$15.44**
Free delivery



Glad for Pets Eco-Friendly Waste Bags, For Pets, Lavender, 120 Bags

New

**$6.99**
+ delivery



Wholesale Bulk EcoJeannie Dog Poopbags from USA Avail 40 80 120 240 480 960 pack

New

**$18.95**
Free delivery

The Original Bag of Poo! Seal Poo! Novelty Brown Cotton Candy Gag Gift!

New

**$9.99**
Free delivery



Personalised Doggy Poo Bag Holder - Selection of Colours

New

**$9.44**
+ delivery

Dog
Porta
Poo
New

**$19.**
Free

## About this item

Seller assumes all responsibility for this listing.

eBay item number: 317842010654

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... <br> Read more | Brand | Unbranded |
| Type | Bag | UPC | Does not apply |
| Material | PBAT & PLA & Cornstarch | MPN | Does not apply |
| Country of Origin | United States | | |
| Category | Pet Supplies > Dog Supplies > Pooper Scoopers & Bags | | |

## Item description from the seller

1 x Dog Poop Bag Roll (60 Bags)

 



**New Fun
Dog Poop Bags**



## New Fun Dog Poop Bags



  



## New Fun
## Dog Poop Bags





# New Fun Dog Poop Bags











 **Made with PBAT + PLA + Corn Starch**

 **Reliable & Practical**

**Extra Thick & Leak-Proof**

**Versatile Use**

**Generous Size**





5.5"







**60pcs**

 



## About this seller



**yohahayyi0**

98.8% positive feedback · 1.2K items sold

📅 Joined Apr 2017
🕐 Usually responds within 24 hours

**Seller's other items**

Message seller

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ———— | 4.7 |
| Reasonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 4.8 |
| Communication | ———— | 4.6 |

Average for the last 12 months

## Seller feedback (799)

Filter: All ratings ⌄

➕ i***i (2078) · Past 6 months                    Verified purchase

Good product, as described, good price and shipping was really fast and items where packaged great with everything protected and protected from hurting buyers. Very happy with my purchase and highly recommend seller. A++++

1200ml Unisex Travel Urinal Bottle Portable Car Camping Pee Container (#317729326589)

➕ -***0 (1) · Past 6 months                    Verified purchase

This showed up almost more than a week earlier than projected! Purchase happened and was fulfilled fast, it was accurate. However, there was a small blemish/smudge on the face of the doll, that might have been from transportation. It did not look like it was intentionally damaged, just looked like it could have used a little more packaging in shipment. Otherwise, super happy with the purchase. If im looking for a specific item in the future and this sell has it, would def purchase from them.

TOP TOY Naruto Beast Party Series Plush Confirmed Blind Box Figure Gift BNWT (#317738834551)

➕ a***a (264) · Past 6 months                    Verified purchase

Quick shipping, great packaging, as described great value

Car Electrical Connector Separator Tool, Double-Ended, Metal, Easy Removal (#317697784166)

➖ r***l (772) · Past 6 months                    Verified purchase

This seller is not serious and I believe that they are putting items for sail that they don't have two weeks I paid for an item no tracking number was given I contact the seller are feew times and the response was the tracking will be given later, I never receive my item and I finally gave up, I am very disappointed

1200ml Unisex Travel Urinal Bottle Portable Car Camping Pee Container (#317729326589)

➕ t***m (108) · Past 6 months                    Verified purchase

Thank you so much! Item as described, prompt shipping, well packaged, seamless transaction! Recommended seller!! A++++

Electric Milk Frother Drink Foamer Whisk Mixer Stirrer Coffee Eggbeater Kitchen (#317492085751)

➕ 4***o (383) · Past 6 months                    Verified purchase

Item received was not the requested strength. Seller initially unclear, but ultimately issued refund. Appreciated the customer service by this seller!

German Intelligent Color Progressive Auto Focus Reading Glasses See More Clearly (#317899641442)

➕ l***e (1509) · Past 6 months                    Verified purchase

The item is as described. It was packaged well and arrived quickly. I'm happy with the purchase and recommend.

Car Electrical Connector Separator Tool, Double-Ended, Metal, Easy Removal (#317697784166)

➕ -***y (1235) · Past 6 months                    Verified purchase

A++ transaction, quality product, accurate description, very good shipping!!!!! Happy customer here.

Car Electrical Connector Separator Tool, Double-Ended, Metal, Easy Removal (#317697784166)

See all feedback

Back to home page                                                                  Return to top

More to explore :  Poop Bags Dog Pooper Scoopers & Bags,  Poop Bags Dog Pooper Bag Dispensers,  Poop Bags Dog Pooper Waste Bags,

## You may also like

Feedback on our suggestions

    

More to explore :  Poop Bags Dog Pooper Scoopers & Bags,  Poop Bags Dog Pooper Bag Dispensers,  Poop Bags Dog Pooper Waste Bags,

https://www.ebay.com/itm/376869970609?_skw=trump+poop+bags&itmmeta=01KPE63E1917G2D6MRBMJ36BJ2&hash=item57bf3362b1:g:f64AAeSwb-lpRIo     April 22, 2026
5&itmprp=enc%3AAQALAAAA8GfYFPkwiKCW4ZNSs2u11xAIKIRt4NemiSrs8wijkyxN4Dvh2gid382kWfrnQHTX8LEsF1oGtDZ3LAOJrMggISUAisbGYRDIXTLgpsYYY6qqAx20b
WUDNHV7AeTf98ihiifB2dQLLsmqZTT0rSPgnKcRFVmXSrMibWkpKcc2%2B1P%2Bb6DHU%2BlWD4UPPbiasb7C6zxl4rX0ArFmQdnI0H8lm4PWTNe2tqxiRzYGqDUllVusAss7
V%2FBEmqUp18frRsR%2F6PfkWicic%2Fi6dccCJFxOm907aetAojeYDy0ve1cn%2BOEiOfin4CFfnHvVw%2FdThexazEEg%3D%3D%7Ctkp%3ABFBM6uCNxrNn



eBay     Shop by category      🔍 Search for anything       All Categories ⌄      Search     Advanced

🔴 LIVE   Streaming now  Shop exclusive items from trusted sellers     Join event

## People who viewed this item also viewed

| Poop Bags for Dog, 60 Count The Most Presidential Poop Bag... | NEW Poop Bags for Dog The Most Presidential Poop Bag Ever 60 Count... | Dog Poop Bags Leak-Proof Biodegradable Pet Waste Bags Bulk for Dogs | SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60/120 Count |
|---|---|---|---|
| New | New | New | New |
| $30.99 | $23.74 | $9.99 | $17.58 |
| Free delivery | ~~$24.99~~ 5% off | Free delivery | Free delivery |
| | Free delivery | | |

---

EXTRA **6%** OFF WITH CODE **STORYAPR26SALE**   See all eligible items and terms ▸



IN 9 CARTS

21 ♡



Have one to sell?   [Sell one like this]   [Sell something else]                    ⎋ Share

## Similar Items                                                    See all





SH*T Bag — "The Most Presidential Poop Bag Ever!"|

New Funny Dogs Poop Bags SH*T Bag 60 Count The Most

SH*T Bag — "The Most Presidential Poop Bag Ever!"|



### NEW Poop Bags for Dog, 60 Count The Most Presidential Poop Bag Ever(180PCS)

**Starlight Stories Store** (1011)
91.7% positive · Seller's other items · Message seller   ›

**US $25.99** or Best Offer

**$24.43** with coupon code   Price details

Condition:     **New** ⓘ                                               ?

Quantity:     [ 1 ]     10 available · *176 sold*

| **Buy It Now** |
|---|
| Add to cart |
| Make offer |
| ♡ Add to Watchlist |

⚡  This one's trending. 176 have already sold.

↩  Breathe easy. Returns accepted.

### Shipping, returns, and payments

Shipping:     US **$4.99** eBay SpeedPAK Standard. See details
              Located in: Room 1005, 10th Floor, Miramar Building, Hong Kong

ⓘ  This item includes applicable import fees—you won't pay anything extra after checkout.

Import fees:   Includes import fees.
Delivery:      Estimated between **Tue, May 5** and **Thu, May 14** ⓘ
Returns:       30 days returns. Buyer pays for return shipping. If you use

an eBay shipping label, it will be deducted from your refund amount. See details

Payments:

**PayPal CREDIT**
Special financing available. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all

    

| Dog Training Waist Bag for Dogs Portable Outdoor Treat Holder Poo Bags Dispenser | 240 Count 13" x 9"Dog Waste Bags Rolls, Leakproof Strong & Sturdy Bags for Dogs, | Universal No-Touch Cat Litter Bags & Waste Bag (Pet Waste Bag Great for Cat Litt | Universal No-Touch Cat Litter Bags & Waste Bag (Pet Waste Bag Great for Cat Litt | Universal No-Touch Cat Litter Bags & Waste Bag (Pet Waste Bag Great for Cat Litt | Pet Z Wast |
|---|---|---|---|---|---|
| New | New | New | New | New | New |
| **$19.90** | **$15.44** | **$22.99** | **$26.95** | **$25.87** | **$23.** |
| Free delivery | Free delivery | Free delivery | Free delivery | Free delivery | Free |

---

**About this item**

Seller assumes all responsibility for this listing.

eBay item number: 376869970609

Last updated on Apr 14, 2026 03:43:04 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Waste Bags | Scent | Unscented |
| Country of Origin | China | UPC | Does not apply |
| Category | Pet Supplies > Dog Supplies > Pooper Scoopers & Bags | | |

## Item description from the seller

【Poop Bags for Dog(60 Count) — "the Most Presidential Poop Bag Ever!"】: Never worry about spills or messes. Our bags feature a securely sealed bottom and ultra-durable construction to prevent leaks, keeping your hands and home spotless during cleanup and disposal.

【Easy to Tear Perforated Design】: Each dog poop bags has perforated seams that can be quickly and smoothly torn off. Suitable for dogs of all body types, these pet manure bags provide ample space and safety for worry free disposa.

【Leak Proof & Eco-Friendly Recycled Materials】: These strong & sturdy poop bags for dogs won't tear easily, the double sealed bottom make sure the bags won't bust open, also a great cat poop bags and poop bags for cats litter. Made with eco-friendly, landfill-friendly recycled plastic for environmentally-conscious dog owners looking to reduce landfill waste. The box and paper roll are both made of recyclable cardboard.

【Odor Proof and Versatile】: These dog poop bags that isolates odors, making them perfect for use with dog feces, cat litter, diapers, food waste, or car litter - meeting the multifunctional needs of every household.

【Gag Gift for Pet Owners】: A perfect novelty gift for dog lovers, gag gift exchanges, or anyone who appreciates funny, practical products that make everyday tasks more enjoyable. Convenient and portable eco-friendly dog poop bags perfect for daily walks, parks, and outdoor adventures.

# About this seller



## Starlight Stories Sto...

91.7% positive feedback · 11K items sold

📅 Joined Nov 2025
🕐 Usually responds within 24 hours

Welcome to StarlightStories, your one-stop destination for everything you need to brighten your life! Explore our top categories featuring unbeatable deals in eBay, where quality meets performance. ...

See more ∨

**Visit store**

**Message seller**

♡ **Save seller**

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.5 |
| Reasonable shipping cost | ▬▬▬ | 4.8 |
| Shipping speed | ▬▬▬ | 4.9 |
| Communication | ▬▬▬ | 4.9 |

Average for the last 12 months

## Popular categories from this store          See all

Collectibles   Crafts   Art

Everything Else   Cell Phones & Accessories

Clothing, Shoes & Accessories

Toys & Hobbies   Pet Supplies

Books & Magazines

# Seller feedback (1,334)

This item (24)     All items (1,334)

Filter: **All ratings** ∨     Satisfaction     Appearance     Value     Quality

Usage

➕ l***e (460) · Past 6 months                        Verified purchase
Great quality, fast shipping, good price, well packaged. Great seller.

➕ e***t (184) · Past month                            Verified purchase
Adorable! Good packaging....this is a gift for my sisters and it is funny!

➕ a***d (1752) · Past 6 months                        Verified purchase
Brilliant...and I don't even have a dog 😆 💩 💩 !

➕ m***a (83) · Past 6 months                          Verified purchase
They were a gift. They seem well received.

➕ y***d (240) · Past month                            Verified purchase
Excellent communication; thank you!

➕ -***6 (12) · Past month                             Verified purchase
.

➕ eBay automated feedback · Past month
Order delivered on time with no issues

➕ eBay automated feedback · Past month
Order delivered on time with no issues

**See all feedback**

---



**Extra 6% off with code STORYAPR26SALE**

Expires April 29, 2026. Max discount $100.

**Terms & Conditions**

**Shop All**



Alcura Pain Relief& Repair Lotion,Neuropathy Lotion with Arnica,3.5FLOZ
**$16.49**



NEW Poop Bags for Dog, 60 Count The Most Presidential Poop Bag Ever(180PCS)
**$25.99**



NEW XRLXRL Bee Venom Pain Relief Bone Healing Cream,Joint & Bone Therap...
**$11.99**



Alcura Pain Relief Repair Lotion,Neuropathy Lotion with Arnica Daily Nourishment
**$13.49**

Timi
Ren
Sali
**$9.9**

https://www.ebay.com/itm/389389061081?_skw=trump+poop+bags&itmmeta=01KPE63E1ASSJWAEXGRR5F7ZFS&hash=item5aa9658bd9:g:3TEAAeSwQzN
pRPCO&itmprp=enc%3AAAQALAAAA0GfYFPkwiKCW4ZNSs2u11xCncJWspzXjxXcbJeUUGe8dyGISGmPaiZYunQst9yya7X6zlUFZTUeuQ4O7hYmc%2Fcpq43YcxCVtEnZtNJ0
MYuVRVdPlPV3OtXoGoHqgRRm%2FeiVV4lQr%2BlfQTYe68YWAsjm6ya7MsCqwo1Uvv2bkyDoy64d%2FsN99DpNYYqL3blPHTrpONlJ8b2ToL8RD59g0gzxsOCXykvfHC0yVP
X9iqxhePE%2B1TtVQJC5QfFcxBVhQu4ww6mtB8VKqb9butyDANb8%3D%7Ctkp%3ABk9SR-7gjcazZw

April 22, 2026

eBay        Shop by category ⌄     🔍 Search for anything        | All Categories ⌄ |        Search        Advanced

LIVE   **Streaming now** Shop exclusive items from trusted sellers        Join event

## People who viewed this item also viewed

NEW Poop Bags for Dog, 60 Count The Most Presidential Poop Bag...
New
**$25.99**
+ $4.99 delivery
Sponsored

SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60/120 Count
New
**$17.58**
Free delivery

New Funny Dogs Poop Bags SH*T Bag 60 Count The Most Presidential...
New
**$6.58**
Free delivery

SH*T Bag (60 Count) — "The Most Presidential Poop Bag Ever!" 2026 New
New
**$17.58**
Free delivery

SAVE UP TO **25%** WHEN YOU BUY MORE



Have one to sell?    Sell one like this    Sell something else              ⬆ Share

## Similar Items                                        See all



SH*T Bag — "The Most Presidential Poop Bag Ever!"|



60 Count Dog Poop Bags Biodegradable Unscented

60/120 Count Dog Waste Bags Dog Poop Bags

---

## SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60 Count Leak Proof Poop Bags

**T**  therespe-8 (3726)                                        ›
98.9% positive · Seller's other items · Message seller

### US $17.58/ea

Condition:     **New** ⓘ                                        ?

Quantity:     | 1 |     More than 10 available · 3 sold

Bulk savings:

| Buy 1 $17.58/ea | Buy 2 $15.82/ea | Buy 3 $14.42/ea |

4 or more for $13.19/ea

**Buy It Now**

Add to cart

♡ Add to Watchlist

⚡ Popular item. 3 have already sold.

↩ Breathe easy. Returns accepted.

### Shipping, returns, and payments

Shipping:     **Free** Standard Shipping. See details
Located in: Jamaica, New York, United States

Delivery:     Estimated between **Sat, Apr 25** and **Fri, May 1** ⓘ

Returns:      30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

| 60/120 Count | Refill Rolls Dog Waste Bags | Biodegradable Unscented... |
|---|---|---|
| New | New | New |
| $17.58 | $12.19 | $12.48 |
| Free delivery | Free delivery | Free delivery |

Payments:  PayPal venmo G Pay VISA mastercard DISCOVER

**PayPal CREDIT**
Special financing available. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all







| 13" x 9" Lavender Scented Dog Waste Bags - 240 Count Rolls, Sturdy & Leakproof | Wholesale Bulk EcoJeannie Dog Poopbags from USA Avail 40 80 120 240 480 960 pack | Dog Training Waist Bag for Dogs Portable Outdoor Treat Holder Poo Bags Dispenser | Personalised Doggy Poo Bag Holder - Selection of Colours | BAG OF POOP | Porta... Wast... Disp... |
|---|---|---|---|---|---|
| New | New | New | New | Pre-owned | New |
| $16.19 | $18.95 | $19.90 | $9.44 | $100.00 | $6.9... |
| $17.99 10% off | Free delivery | Free delivery | + delivery | Free delivery | Free |
| Free delivery | | | | | |

### About this item

Seller assumes all responsibility for this listing.

eBay item number: 389389061081

Last updated on Mar 29, 2026 15:42:40 PDT View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | UPC | Does not apply |
|---|---|---|---|
| Brand | Unbranded | Type | Bag |
| Material | PBAT & PLA & Cornstarch | MPN | Does not apply |
| Category | Pet Supplies > Dog Supplies > Pooper Scoopers & Bags | | |

## Item description from the seller

### USA NEW ! USA HOT ! USA GREAT SELLER !









| Weighted Sleep Mask for Deep Sleep & | Chicken Vs Hotdog Flip Game Toy Family | Big Potato Chicken Vs Hotdog – Hilarious | Vox Niffty Plush Toy Kids Plushie Dolls | Anime Figurine Doll HAzbin Hotel Vox | Hazbin Hotel Vox Plush Anime Plush | Automotive Circuit Fault Probe | Wallcrawler Gecko Remote Control RC |
|---|---|---|---|---|---|---|---|
| USD 20.96 | USD 24.66 | USD 24.66 | USD 30.36 | USD 30.36 | USD 30.36 | USD 22.95 | USD 24.96 |









| Upgraded Nylon Universal Cable Tie | 2026 Upgraded Nylon Universal Cable Tie | 2026 Upgraded Nylon Universal Cable Tie | Electrical Connector Disconnect Pliers Car | 12Pcs Nail Art Pen Marker Set 0.5mm | Glow in The Dark String: Portable Robe | Monster Truck Toys - Remote Control | Spider Remote Control Robot Car. |
|---|---|---|---|---|---|---|---|
| USD 13.26 | USD 10.69 | USD 4.99 | USD 28.96 | USD 14.85 | USD 12.96 | USD 49.96 | USD 25.96 |



## Shop Category

Store Home

Other

## Hot Item


Kids Boys Girls Demo...
USD 19.96


Surprise Gift Box Expl...
USD 14.96


Mixaid Silicone Liners...
USD 18.48


Automotive Electrical ...
USD 9.97


Tales Conversation St...
USD 16.95

## Excellent Delivery



## Help & Info

Payment Policy

Shipping Policy

Return Policy

FAQ

About Us

## New List Item


Chicken Vs Hotdog Fli...
USD 24.66

# YOU LIKE IT




Weighted Sleep Mask for Deep
USD 20.96


Chicken Vs Hotdog Flip Game Toy
USD 24.66


Big Potato Chicken Vs Hotdog –
USD 24.66


Vox Niffty Plush Toy Kids Plushie Dolls
USD 30.36


Anime Figurine Doll HAzbin Hotel Vox
USD 30.36


Hazbin Hotel Vox Plush Anime Plush
USD 30.36

## SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60 Count Leak Proof Poop Bags






### Product Description Specifications:

Introducing Dog Poop Bags—extra-thick, unscented, and designed with purpose. Made from PBAT + PLA + Cornstarch, these leak-proof bags are tough enough for the messiest jobs while being soft to the touch and easy to tear.

Generously sized for full hand coverage and easy disposal, they're perfect for responsible dog owners who care about quality.

Whether you're in your backyard or out on a walk, dog waste bags offer a clean, reliable solution that fits seamlessly into your routine —and your values.

### Specification:

Material: PBAT + PLA + Cornstarch
Bag Size:33*22cm



Big Potato Chicken V...
USD 24.66

Anime Figurine Doll H...
USD 30.36

Weighted Sleep Mask ...
USD 20.96

Vox Niffty Plush Toy K...
USD 30.36

## Package Includes:
1*SH*T Bag(60 Count)

## NOTE:
1.Please allow 1-2cm differs due to manual measurement.
2.Due to the different display and different light, the picture may not show the actual color of the item. Thanks for your understanding.



## Item Specifics

| Brand : | Unbranded |
|---|---|
| Type : | Bag |
| Material : | PBAT & PLA & Cornstarch |

| Payment | Shipping | Returns | Contact Us |
|---|---|---|---|

1) We accept PayPal payment only, and must be received within 3 days from the date of purchase.

2) Please leave note in PayPal when making the payment if you have any special requests.

3) Orders will be processed instantly and dispatched within 2-3 business days, so we do NOT accept any email/message note after you place orders.

All rights reserved.

## About this seller

**T**

**therespe-8**

98.9% positive feedback · 19K items sold

📅 Joined Aug 2021
🕐 Usually responds within 24 hours

**Visit store**

**Message seller**

♡ **Save seller**

### Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.8 |
| Communication | ▬▬▬ | 4.9 |

Average for the last 12 months

### Popular categories from this store    See all

Collectibles    Crafts

Clothing, Shoes & Accessories

Toys & Hobbies    Dolls & Bears

Pet Supplies    Books & Magazines

Jewelry & Watches    Business & Industrial

## Seller feedback (4,141)

This item (2)    All items (4,141)

Filter: **All ratings** ⌄    Shipping    Description    Seller satisfaction

Service    Packaging    Customer Loyalty    Refund

⊕ a***r (12) · Past month                                    Verified purchase

Shipping was pretty good! Packaging was average but fine. Item was as described and as for not being able to find them, the price/value point wasn't too bad! I'd buy from this seller again!

Needoh Fidget Toy Anxity Nice Cube Nee Doh Stress Ball Sensory Toy 1/2/3Pcs (#389745086876)

⊕ f***f (192) · Past month                                    Verified purchase

Shipping was painfully slow (8 days in transit) but item is as described and packaged very carefully.

1/3X Schylling Nice Cube Nee Doh Stress Ball Sensory Toy Needoh Fidget Anxity (#389834533494)

⊕ s***t (2391) · Past 6 months                                Verified purchase

Great seller. Responded quickly to a problem I had and solved it. Good pricing for new item and good shipping speed. We'll wrapped package. Very pretty, my wife loves it.

Solar Watering Can Lights Outdoor Christmas Santa Waterproof Metal Garden Decor (#389226083180)

⊖ p***_ (2) · Past month                                      Verified purchase

--

Nee Doh Needoh Ice Cream Nice Cream Cone Squishy Toy Sensory Brand New (#389829605298)

⊕ c***c (562) · Past 6 months                                 Verified purchase

Unfortunately, the package got lost in shipping the seller has great communication took care of the issue and gave me a full refund. Definitely recommend the seller. 🎁

2Pcs Strong Magnetic Screw Ring, Strong Magnetic Screw Ring,1/4 Inch/6.35mm (#389485169442)

⊕ 3***0 (0) · Past 6 months                                   Verified purchase

Shipped quickly with tracking which was great! Came as described, brand new in the box and was packaged with care! The box was wrapped in a type of bubble wrap to help protect from damages. My daughter is going to FLIP when she opens her present of the KPop Demon Hunter dolls!! Looks exactly as the photos appear.

3PC Cosplay Kpop Demon Hunters Dolls Collectible Figure Toy (#389257753524)

⊕ v***0 (502) · Past month                                    Verified purchase

Quick secure delivery. Item as described, new and authentic. Reasonable price. Good communication from seller. Great seller.

NeeDoh Nice Cube Sensory Squeeze Toy with Super Solid Squish - 2.25" Cube (#389834973587)

⊕ i***c (14) · Past 6 months                                  Verified purchase

Item was as described. Good communication. Bought several items already from this seller and would buy again. Everything arrived before Christmas and im very happy with all of it.

K-POP Demon Hunters Costume Hoody Sweatshirt Hoodie Kids Pullover Jumper Tops (#389149447707)

**See all feedback**

---

Back to home page                                                                Return to top

More to explore :  Poop Bags Dog Pooper Scoopers & Bags,   Poop Bags Dog Pooper Bag Dispensers,   Poop Bags Dog Pooper Waste Bags,
Poop Bags Biodegradable Dog Pooper Scoopers & Bags,   Bags on Board Dog Pooper Waste Bags,   Cat Carrier Bags,   Cat Tunnels/Bags,   Dog Pooper Scoopers & Bags,
Plastic Carrier Bags for Cats,   Unbranded Cat Tunnels/Bags

## Shop Top Sellers and Highly Rated Products in Pooper Scoopers & Bags                            ⌃

**Best Sellers**                                                    **Top Rated**

PET N PET PET2209 Dog Waste Trash Bags - 60 Rolls                   Earth Rated BIO270 9 x 13 inch Poop Bags for Dog - 18 Roll

https://www.ebay.com/itm/389389416887?_skw=trump+poop+bags&itmmeta=01KPE63E1AM4X7GFPCEAMBWY5B&hash=item5aa96af9b7:g:-ZkAAeSwQ7tp    April 22, 2026
RPGN&itmprp=enc%3AAQALAAAA0GfYFPkwiKCW4ZNSs2u11xB6RRJjmDy0q4aei0hLW%2FiM1GHW%2FB15fv%2FuoOGFs0clouqYEGhB2SxTL%2FhFlhjFtFk6u%2BBdia7
DiiF40gXx91jPl9MipgknzAbvW6k23ZTRbib67M3EDIAAdPX6XWgSxHN10OaUs0VJ5%2BGXYAmHn7UlHXMm7CH5ncwbldOouDKJnQ3CsLDTmqOJSRr3t%2Fam17OjmI01
WXX09%2BA6Ai8d51V7DDjkpUAx7i%2BFznb9kuOkAgLqw%2B6nNYl1gVWNXlNxxMY%3D%7Ctkp%3ABk9SR-7gjcazZw



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Upgraded Nylon Universal Cable Tie | 2026 Upgraded Nylon Universal Cable Tie | 2026 Upgraded Nylon Universal Cable Tie | Electrical Connector Disconnect Pliers Car | 12Pcs Nail Art Pen Marker Set 0.5mm | Glow in The Dark String Portable Rope | Monster Truck Toys - Remote Control | Spider Remote Control Robot Car. |
| USD 13.26 | USD 10.69 | USD 4.99 | USD 28.96 | USD 14.85 | USD 12.96 | USD 49.96 | USD 25.96 |



## Shop Category

Store Home

Other

## Hot Item



Mixaid Silicone Liners...
USD 18.48

Automotive Electrical ...
USD 9.97



Tales Conversation St...
USD 16.95

Surprise Gift Box Expl...
USD 14.96



Kids Boys Girls Demo...
USD 19.96

## Excellent Delivery

## Help & Info

Payment Policy

Shipping Policy

Return Policy

FAQ

About Us

## New List Item

# YOU LIKE IT



| | | | | | |
|---|---|---|---|---|---|
| Weighted Sleep Mask for Deep | Chicken Vs Hotdog Flip Game Tov | Big Potato Chicken Vs Hotdog – | Vox Niffty Plush Toy Kids Plushie Dolls | Anime Figurine Doll HAzbin Hotel Vox | Hazbin Hotel Vox Plush Anime Plush |
| USD 20.96 | USD 24.66 | USD 24.66 | USD 30.36 | USD 30.36 | USD 30.36 |

## SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60 Count Leak Proof Poop Bags



**Product Description Specifications:**

Introducing Dog Poop Bags—extra-thick, unscented, and designed with purpose. Made from PBAT + PLA + Cornstarch, these leak-proof bags are tough enough for the messiest jobs while being soft to the touch and easy to tear.

Generously sized for full hand coverage and easy disposal, they're perfect for responsible dog owners who care about quality.

Whether you're in your backyard or out on a walk, dog waste bags offer a clean, reliable solution that fits seamlessly into your routine —and your values.

**Specification:**



Vox Niffty Plush Toy K...
USD 30.36

Big Potato Chicken V...
USD 24.66

Weighted Sleep Mask ...
USD 20.95

Anime Figurine Doll H...
USD 30.36

Chicken Vs Hotdog Fli...
USD 24.66

Material: PBAT + PLA + Cornstarch
Bag Size:33*22cm

## Package Includes:

1/2*SH*T Bag(60/120 Count)

**OR**

**Only 1PC Hook(Don't buy)**

## NOTE:

1.Please allow 1-2cm differs due to manual measurement.

2.Due to the different display and different light, the picture may not show the actual color of the item. Thanks for your understanding.





## Item Specifics

| Brand : | Unbranded |
| --- | --- |
| Type : | Bag |
| Material : | PBAT & PLA & Cornstarch |

| Payment | Shipping | Returns | Contact Us |
| --- | --- | --- | --- |

1) We accept PayPal payment only, and must be received within 3 days from the date of purchase.

2) Please leave note in PayPal when making the payment if you have any special requests.

3) Orders will be processed instantly and dispatched within 2-3 business days, so we do NOT accept any email/message note after you place orders.

All rights reserved.

SoldEazy

## About this seller



**therespe-8**

98.9% positive feedback · 19K items sold

📅 Joined Aug 2021
🕐 Usually responds within 24 hours

**Visit store**

Message seller

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.8 |
| Communication | ▬▬▬ | 4.9 |

Average for the last 12 months

## Popular categories from this store     See all

Collectibles    Crafts

Clothing, Shoes & Accessories

Toys & Hobbies    Dolls & Bears

Pet Supplies    Books & Magazines

Jewelry & Watches    Business & Industrial

## Seller feedback (4,142)



This item (4)    All items (4,142)

Filter: All ratings ⌄    Shipping    Description    Seller satisfaction

Service    Packaging    Customer Loyalty    Refund

➕ a***r (12) · Past month                    Verified purchase

Shipping was pretty good! Packaging was average but fine. Item was as described and as for not being able to find them, the price/value point wasn't too bad! I'd buy from this seller again!
Needoh Fidget Toy Anxity Nice Cube Nee Doh Stress Ball Sensory Toy 1/2/3Pcs (#389745086876)

➕ f***f (192) · Past month                    Verified purchase

Shipping was painfully slow (8 days in transit) but item is as described and packaged very carefully.
1/3X Schylling Nice Cube Nee Doh Stress Ball Sensory Toy Needoh Fidget Anxity (#389834533494)

➕ s***t (2391) · Past 6 months                Verified purchase

Great seller. Responded quickly to a problem I had and solved it. Good pricing for new item and good shipping speed. We'll wrapped package. Very pretty, my wife loves it.
Solar Watering Can Lights Outdoor Christmas Santa Waterproof Metal Garden Decor (#389226083180)

➖ p***_ (2) · Past month                      Verified purchase

--
Nee Doh Needoh Ice Cream Nice Cream Cone Squishy Toy Sensory Brand New (#389829605298)

➕ c***c (562) · Past 6 months                Verified purchase

Unfortunately, the package got lost in shipping the seller has great communication took care of the issue and gave me a full refund. Definitely recommend the seller. 👍
2Pcs Strong Magnetic Screw Ring, Strong Magnetic Screw Ring,1/4 Inch/6.35mm (#389485169442)

➕ 3***0 (0) · Past 6 months                  Verified purchase

Shipped quickly with tracking which was great! Came as described, brand new in the box and was packaged with care! The box was wrapped in a type of bubble wrap to help protect from damages. My daughter is going to FLIP when she opens her present of the KPop Demon Hunter dolls!! Looks exactly as the photos appear.
3PC Cosplay Kpop Demon Hunters Dolls Collectible Figure Toy (#389257753524)

➕ v***0 (502) · Past month                   Verified purchase

Quick secure delivery. Item as described, new and authentic. Reasonable price. Good communication from seller. Great seller.
NeeDoh Nice Cube Sensory Squeeze Toy with Super Solid Squish - 2.25" Cube (#389834973587)

➕ i***c (14) · Past 6 months                 Verified purchase

Item was as described. Good communication. Bought several items already from this seller and would buy again. Everything arrived before Christmas and im very happy with all of it.
K-POP Demon Hunters Costume Hoody Sweatshirt Hoodie Kids Pullover Jumper Tops (#389149447707)

See all feedback

https://www.ebay.com/itm/389389430950?_skw=trump+poop+bags&itmmeta=01KPE63E18B03R0Q39YTC4T4F3&hash=item5aa96b30a6:g:IUIAAeSws35pRP    April 22, 2026
Em&itmprp=enc%3AAQALAAAA8GfYFPkwiKCW4ZNSs2u11xDsac5935g%2F5dDyEOv48t4J3Wg6uvHNon%2BWPZ4hliQwbOJ8uTrTS6j8jc%2FDZ%2FNZ9KodJh0xC378vloL
ed0B0m91WPXrGYUvG9WpL72kaGaZg9rRzrWudUATMFxScan6nzYPwFrhvkvqbiw%2FmShHzcPaybPmtfuqCyMM2ZQd2opoUK0%2FxpxWX%2BosJgOcCX3E3fhKIbCLXbjs
cl%2FzudGtxEvgGlLuaAZDuwkXuTck%2FUf5QwLjLzQpZ6bK%2FvgUFVo04RsAbL2y%2FIj71FX4ttA2FZV3WOUgSj1OclZD7F7MV7hE4w%3D%3D%7Ctkp%3ABk9SR-bgjcaz
Zw

Biodegradable Unscented Refill Rolls Dog Waste Bags
New

$12.19
Free delivery

Bags Dog Poop Bags Biodegradable Unscented...
New

$12.48
Free delivery

Bags SH*T Bag 60 Count The Most Presidential Poop Bag
New

$17.58
Free delivery

**Returns:** 30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

**Payments:**

PayPal CREDIT
Special financing available. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all

    

Wholesale Bulk EcoJeannie Dog Poopbags from USA Avail 40 80 120 240 480 960 pack
New

$18.95
Free delivery

13" x 9" Lavender Scented Dog Waste Bags - 240 Count Rolls, Sturdy & Leakproof
New

$16.19
$17.99 10% off
Free delivery

The Original Bag of Poo! Seal Poo! Novelty Brown Cotton Candy Gag Gift!
New

$9.99
Free delivery

Personalised Doggy Poo Bag Holder - Selection of Colours
New

$9.44
+ delivery

Dog Training Waist Bag for Dogs Portable Outdoor Treat Holder Poo Bags Dispenser
New

$19.90
Free delivery

Dog
120 C
14"
New

$6.6
$8.8
+ $2.

---

### About this item

Seller assumes all responsibility for this listing.

Last updated on Apr 17, 2026 12:41:34 PDT View all revisions

eBay item number: 389389430950

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | UPC | Does not apply |
| Brand | Unbranded | Type | Bag |
| Material | PBAT & PLA & Cornstarch | MPN | Does not apply |
| Category | Pet Supplies > Dog Supplies > Pooper Scoopers & Bags | | |

## Item description from the seller

### USA NEW ! USA HOT ! USA GREAT SELLER !

       

Weighted Sleep Mask for Deep Sleep &

USD 20.96

Chicken Vs Hotdog Flip Game Toy Family

USD 24.66

Big Potato Chicken Vs Hotdog – Hilarious

USD 24.66

Vox Niffty Plush Toy Kids Plushie Dolls

USD 30.36

Anime Figurine Doll HAzbin Hotel Vox

USD 30.36

Hazbin Hotel Vox Plush Anime Plush

USD 30.36

Automotive Circuit Fault Probe

USD 23.95

Wallcrawler Gecko Remote Control RC

USD 24.96










| Upgraded Nylon Universal Cable Tie | 2026 Upgraded Nylon Universal Cable Tie | 2026 Upgraded Nylon Universal Cable Tie | Electrical Connector Disconnect Pliers Car | 12Pcs Nail Art Pen Marker Set 0.5mm | Glow in The Dark String Portable Rope | Monster Truck Toys - Remote Control | Spider Remote Control Robot Car. |
|---|---|---|---|---|---|---|---|
| USD 13.26 | USD 10.69 | USD 4.99 | USD 28.96 | USD 14.85 | USD 12.96 | USD 49.96 | USD 25.96 |



## Shop Category

Store Home

Other

## Hot Item

 Kids Boys Girls Demo...
USD 19.96

 Tales Conversation St...
USD 16.95

 Surprise Gift Box Expl...
USD 14.96

 Mixaid Silicone Liners...
USD 18.48

 Automotive Electrical ...
USD 9.97

## Excellent Delivery



## Help & Info

Payment Policy

Shipping Policy

Return Policy

FAQ

About Us

## New List Item

# YOU LIKE IT








| Weighted Sleep Mask for Deep | Chicken Vs Hotdog Flip Game Toy | Big Potato Chicken Vs Hotdog – | Vox Niffty Plush Toy Kids Plushie Dolls | Anime Figurine Doll HAzbin Hotel Vox | Hazbin Hotel Vox Plush Anime Plush |
|---|---|---|---|---|---|
| USD 20.96 | USD 24.66 | USD 24.66 | USD 30.36 | USD 30.36 | USD 30.36 |

## SH*T Bag — "The Most Presidential Poop Bag Ever!"| 60/120 Count



**Product Description Specifications:**

Introducing Dog Poop Bags—extra-thick, unscented, and designed with purpose. Made from PBAT + PLA + Cornstarch, these leak-proof bags are tough enough for the messiest jobs while being soft to the touch and easy to tear.

Generously sized for full hand coverage and easy disposal, they're perfect for responsible dog owners who care about quality.

Whether you're in your backyard or out on a walk, dog waste bags offer a clean, reliable solution that fits seamlessly into your routine —and your values.

**Specification:**



Vox Niffty Plush Toy K...
USD 30.36

Anime Figurine Doll H...
USD 30.36

Weighted Sleep Mask ...
USD 20.95

Big Potato Chicken V...
USD 24.66

Chicken Vs Hotdog Fli...
USD 24.66

Material: PBAT + PLA + Cornstarch
Bag Size:33*22cm

## Package Includes:

1/2*SH*T Bag(60/120 Count)

## NOTE:

1.Please allow 1-2cm differs due to manual measurement.

2.Due to the different display and different light, the picture may not show the actual color of the item. Thanks for your understanding.



## Item Specifics

| Brand : | Unbranded |
|---|---|
| Type : | Bag |
| Material : | PBAT & PLA & Cornstarch |

| Payment | Shipping | Returns | Contact Us |
|---|---|---|---|

1) We accept PayPal payment only, and must be received within 3 days from the date of purchase.

2) Please leave note in PayPal when making the payment if you have any special requests.

3) Orders will be processed instantly and dispatched within 2-3 business days, so we do NOT accept any email/message note after you place orders.

All rights reserved.



## About this seller



**therespe-8**

98.9% positive feedback · 19K items sold

- 📅 Joined Aug 2021
- 🕐 Usually responds within 24 hours

**Visit store**

**Message seller**

♡ **Save seller**

### Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.8 |
| Communication | ▬▬▬ | 4.9 |

Average for the last 12 months

### Popular categories from this store — See all

Collectibles  Crafts

Clothing, Shoes & Accessories

Toys & Hobbies   Dolls & Bears

Pet Supplies   Books & Magazines

Jewelry & Watches   Business & Industrial

## Seller feedback (4,141)

This item (6)     All items (4,141)

Filter: **All ratings** ⌄    Shipping    Description    Seller satisfaction

Service    Packaging    Customer Loyalty    Refund

➕ a***r (12) · Past month                                      Verified purchase

Shipping was pretty good! Packaging was average but fine. Item was as described and as for not being able to find them, the price/value point wasn't too bad! I'd buy from this seller again!

Needoh Fidget Toy Anxlty Nice Cube Nee Doh Stress Ball Sensory Toy 1/2/3Pcs (#389745086876)

➕ f***f (192) · Past month                                     Verified purchase

Shipping was painfully slow (8 days in transit) but item is as described and packaged very carefully.

1/3X Schylling Nice Cube Nee Doh Stress Ball Sensory Toy Needoh Fidget Anxlty (#389834533494)

➕ s***t (2391) · Past 6 months                                 Verified purchase

Great seller. Responded quickly to a problem I had and solved it. Good pricing for new item and good shipping speed. We'll wrapped package. Very pretty, my wife loves it.

Solar Watering Can Lights Outdoor Christmas Santa Waterproof Metal Garden Decor (#389226083180)

➖ p***_ (2) · Past month                                       Verified purchase

--

Nee Doh Needoh Ice Cream Nice Cream Cone Squishy Toy Sensory Brand New (#389829605298)

➕ c***c (562) · Past 6 months                                  Verified purchase

Unfortunately, the package got lost in shipping the seller has great communication took care of the issue and gave me a full refund. Definitely recommend the seller. 🖼

2Pcs Strong Magnetic Screw Ring, Strong Magnetic Screw Ring,1/4 Inch/6.35mm (#389485169442)

➕ 3***0 (0) · Past 6 months                                    Verified purchase

Shipped quickly with tracking which was great! Came as described, brand new in the box and was packaged with care! The box was wrapped in a type of bubble wrap to help protect from damages. My daughter is going to FLIP when she opens her present of the KPop Demon Hunter dolls!! Looks exactly as the photos appear.

3PC Cosplay Kpop Demon Hunters Dolls Collectible Figure Toy (#389257753524)

➕ v***0 (502) · Past month                                     Verified purchase

Quick secure delivery. Item as described, new and authentic. Reasonable price. Good communication from seller. Great seller.

NeeDoh Nice Cube Sensory Squeeze Toy with Super Solid Squish - 2.25" Cube (#389834973587)

➕ i***c (14) · Past 6 months                                   Verified purchase

Item was as described. Good communication. Bought several items already from this seller and would buy again. Everything arrived before Christmas and im very happy with all of it.

K-POP Demon Hunters Costume Hoody Sweatshirt Hoodie Kids Pullover Jumper Tops (#389149447707)

**See all feedback**

https://www.ebay.com/itm/397572743759?_skw=trump+waste+bags&itmmeta=01KPE5XHEGZ0X0PRZGGYDR046D&hash=item5c912ea24f:g:znIAAeSwGwN  April 22, 2026



phDWO&itmprp=enc%3AAQALAAAA0GfYFPkwiKCW4ZNSs2u11xB6yPXsnk36n%2FZhWQoGJyaIE0ch3CT%2BsW0ON%2FKabkyoXUZOmCXPIFR%2Bo7EfuFXHe6rS0m%2BHMYLjO80KUZ%2Bi829Dead3p%2FYmcKoOfG8rfo6Thoi%2BQTHv1JdR9%2BtfxgV1o4nby%2BiMs5rF35eKRF%2BycrxylcpD6a32kwB0rO5EdPOMERfgj3wFFBSjqYNmdXUBYnh5ZvsraS2ZlvQBTGRR3%2BqunxzYC%2FlSoqtLxnu%2F9bYYfJqPDkWRzD3O6t95pZ8ttLg%3D%3D%7Ctkp%3ABk9SR7aX9sWzZw

Hi! Sign in or register | Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

# ebay

Shop by category ⌄

Search for anything | All Categories ⌄ | Search | Advanced

🔵 **LIVE** **Streaming now** Shop exclusive items from trusted sellers | **Join event**

## People who viewed this item also viewed



Pets N Bags Dog Poop Bags, Dog Waste Bags, Biodegradable Unscente...
New
**$12.18**
~~$18.74~~ 35% off
**Free delivery**
Sponsored



Pet Poop Bags Eco-Friendly Leak Proof Refill Rolls 270 Count Dog...
New
**$11.95**
**Free delivery**



270 pcs Dog Poop Bags Biodegradable Lavender Scented Refill Rolls Dog...
New
**$5.68**
**Free delivery**



DOG PET WASTE POOP BAGS, UNSCENTED, REFILL ROLLS Multicolor...
New
**$8.95**
**Free delivery**



**IN 4 CARTS**
**60 Count**

8 ♡

### 60 Count Dog Poop Bags Biodegradable Unscented Refill Rolls Dog Waste Bags



**T1Finds** (8642)
99.6% positive | Seller's other items | Message seller  ›

## US $12.19

Condition: **New** ⓘ

Qty: 1 Box=60 Count Bags  ?

Quantity: [ 1 ]  More than 10 available · 69 sold

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

Have one to sell? [ Sell one like this ] [ Sell something else ] | ⬆ Share

⚡ This one's trending. 69 have already sold.

↩ Breathe easy. Returns accepted.

## Shipping, returns, and payments



Shipping: **Free 2-4 day delivery**
Get it between Fri, Apr 24 and Mon, Apr 27. See details
Located in: Pine Brook, New Jersey, United States

Returns: 30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

Payments: PayPal  venmo  G Pay  VISA  mastercard  DISCOVER  ◈
**PayPal CREDIT**
Special financing available. Learn more

## Similar Items

See all



60/120 Count Dog Waste Bags Dog Poop Bags Biodegradable Unscented...



270 pcs Dog Poop Bags Biodegradable Lavender Scented Refill Rolls Dog...



FLEXI Multi Box – Add on Retractable Leashes, Poop Bag Dispenser, Dog Treat...

New
**$12.48**
Free delivery

New
**$5.68**
Free delivery

New
**$6.99**
0 bids
+ delivery

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all








2-Pack Glove Cat Grooming Gloves Cat Hair Remover 2025 New Pet Dog Hair Remover
New
**$8.69**
$10.86 20% off
Free delivery

80 Pack 22"x22" Ultra Absorbent Small Pee Pads Pet Underpads Puppy Dog Training
New
**$14.49**
$15.25 5% off
Free delivery

Waste bags for dogs unscented 320 count
New
**$16.99**
Free delivery

No Pull Dog Pet Harness Adjustable Control Vest Dogs Reflective XS S M Large XXL
New
**$12.50**
Free delivery

Dog Pee Pads 23.6"x23.6" Unscented Blue Ultra Absorbent Training Pads...
New
**$23.80**
$35.00 32% off
Free delivery

Auto Cat movi
New
**$5.4**
$6.8
Free

---

**About this item**

Seller assumes all responsibility for this listing.

eBay item number: 397572743759

Last updated on Apr 20, 2026 17:32:55 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Waste Bags | Country of Origin | China |
| Category | Pet Supplies > Dog Supplies > Pooper Scoopers & Bags | | |

## Item description from the seller

Extra Thick & Leak Proof: Durable design ensures no mess, no leaks—perfect for even the toughest clean-ups.

Generous Size: At 9"x13", large enough to fully cover your hand for easy sanitary cleanup.

Reliable & Practical: Designed for responsible dog owners who value quality and elevated design.

Versatile Use: Ideal for backyard clean-ups, walks in the park, or while traveling, fitting easily into your daily routine and lifestyle.

## About this seller

## Seller feedback (9,069)



# TIFinds

99.6% positive feedback · 18K items sold

📅 Joined May 2023
🕐 Usually responds within 24 hours

**Visit store**

Message seller

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | —————— | 4.9 |
| Reasonable shipping cost | —————— | 5.0 |
| Shipping speed | —————— | 5.0 |
| Communication | —————— | 5.0 |

Average for the last 12 months

## Popular categories from this store

See all

Collectibles  Crafts

Clothing, Shoes & Accessories

Toys & Hobbies  Video Games & Consoles

Pet Supplies  Jewelry & Watches

Business & Industrial  Consumer Electronics



This item (39)  **All items (9,069)**

Filter: **All ratings** ⌄  Shipping  Seller satisfaction  Description

Service  Customer Loyalty  Packaging  Refund

➕ _***c (36) · Past 6 months  Verified purchase

Items arrived a few days later than scheduled due to weather on East coast. Seller kept me up to date on progress and items were in good shape and matched what I ordered. Highly recommend seller and will use again when needed.

2.5mm Male to 3.5mm Female Stereo Mic Audio Headphone Jack Adapter Converter (#395173660121)

➕ m***n (4294) · Past 6 months  Verified purchase

This is an absolute great seller! I'm very happy with the purchase. The seller packaged it very securely and the shipping was very fast! I hope to buy from this seller again. You can buy with confidence knowing you' re getting a well described item that will arrive fast and safe! The value was excellent!

USB Charger for Vivoactive 3 Vivosport Garmin Fenix 5X Watch Charging Cable Cord (#396247264783)

➕ ***** · Past month  Verified purchase

The item as described was well worth the value paid. The shipping and packaging was excellent. I was impressed by the quality and the appearance of the item. The items condition was just as it was described by the seller. A true Ebayer!!!!!

➕ a***s (5945) · Past 6 months  Verified purchase

Pleased with purchase New as described, Well packaged, Nice value, Fair shipping, Recommend Seller, Thank you...

Pack 2 Identity Theft Protection Roller Stamp Guard ID Privacy Confidential Data (#394836326187)

➕ h***h (1276) · Past month  Verified purchase

Nice shower head holder. Product as advertised. Fast shipping. Honorable seller - answered my questions promptly before the purchase. ⭐⭐⭐⭐⭐

Head Holder Wall-mounted Adjustable Shower Arm Bracket Universal Handheld Shower (#396708262578)

➕ 3***t (701) · Past 6 months  Verified purchase

A+++++ Fast shipper great seller good communication cord came as described very well pack arriving in a timely manner highly recommend doing business with.

5FT Power Cord Controller Charge Cord for PS4 Connection Bundle Kit (#397144723831)

➕ l***i (212) · Past month  Verified purchase

My item came very fast! Nice packaging. Amazing condition. What a value. Just as pictured. I would buy from seller again

Men Boys Stainless Steel Cross Pendant Necklace Lord's Prayer Bible Chain 24" (#394899847584)

➕ r***p (278) · Past 6 months  Verified purchase

The detachable pull-apart locks exhibit a high standard of manufacturing quality. Their condition and optimal functionality represent a significant value proposition. The shipping, packaging, and delivery processes were executed in a timely and efficient manner. I highly recommend this vendor.

10Pcs Quick Release Detachable Keychain Pull Apart Snap Lock Dual Key Ring (#397052007806)

See all feedback

---

Back to home page                                           Return to top

More to explore : Poop Bags Dog Pooper Waste Bags, Biodegradable Dog Pooper Waste Bags, Poop Bags Biodegradable Dog Pooper Scoopers & Bags, Earth Rated Biodegradable Dog Pooper Waste Bags, Arm & Hammer Biodegradable Dog Pooper Waste Bags, Dog Waste Bags, Poop Bags Dog Pooper Scoopers & Bags, Poop Bags Dog Pooper Bag Dispensers, Juicy Couture Dog Pooper Waste Bags, Arm & Hammer Dog Pooper Waste Bags







https://www.ebay.com/itm/406683198871?_skw=trump+waste+bags&itmmeta=01KPE5XHEGNVASKPAK0C217N0D&hash=item5eb0352597:g:VCMAAeSwQ     April 22, 2026
6JpiY2P&itmprp=enc%3AAAQALAAAA8GfYFPkwiKCW4ZNSs2u11xCLLydpHNQE6hOCaCsu8lw7qkY7yOxdZY%2B775LhclPmj3Vj6YYt19v1CO6nyUOvKRe16TzdiAvvpVfYRm
1xYMdXtvIkAUzLRT9jic%2Btxisu%2Bhpzg7gGFQfynDVadaQtxio57cMQCF3TmJNggSmGuLxbc%2BIUlEY2vaLzHjZbZSKpuAlZ5WNMesQp5XlbKqGEChb7EXRRpnhyj--2LBM
N0CLFdAFG5b98SGrDs9W3mC%2FGR6O1MmqyDy8P4mk7UUUS6GZ%2BtJ0jpcx8oE%2Fi%2F5udIS%2FYelOGvOaE5vT93u%2FKYLaYpQ%3D%3D%7Ctkp%3ABk9SR7a
X9sWzZw



New
**$12.19**
Free delivery

New
**$5.68**
Free delivery

New
**$16.99**
Free delivery

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. **Learn more**

## Explore related items
Sponsored

See all

     

2-Pack Glove Cat Grooming Gloves Cat Hair Remover 2025 New Pet Dog Hair Remover
New
**$8.69**
$10.86 20% off
Free delivery

Dog Pee Pads 23.6"x23.6" Unscented Blue Ultra Absorbent Training Pads...
New
**$23.80**
$35.00 32% off
Free delivery

2025 New Pet Glove Cat Grooming Gloves Cat Hair Remover Pet Dog Hair Remov...
New
**$5.59**
$6.99 20% off
Free delivery

Automatic Rolling Ball Smart Cat Dog Toy Electric Pet Self-moving Kitten lot
New
**$5.49**
$6.86 20% off
Free delivery

Large Pet Dog Basket Muzzle Mouth Cover Mesh Cage NoBarking Biting Chewing...
New
**$8.88**
Free delivery

Tacti Heav Cani
New
**$8.9**
Free

### About this item

Seller assumes all responsibility for this listing.

Last updated on Apr 20, 2026 17:32:45 PDT View all revisions

eBay item number:  406683198871

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Waste Bags | Country of Origin | China |
| Category | Pet Supplies > Dog Supplies > Pooper Scoopers & Bags | | |

## Item description from the seller

Extra Thick & Leak Proof: Durable design ensures no mess, no leaks—perfect for even the toughest clean-ups.

Generous Size: At 9"x13", large enough to fully cover your hand for easy sanitary cleanup.

Reliable & Practical: Designed for responsible dog owners who value quality and elevated design.

Versatile Use: Ideal for backyard clean-ups, walks in the park, or while traveling, fitting easily into your daily routine and lifestyle.

## About this seller

## Seller feedback (106,639)

This item (21)    All items (106,639)



## CoinShop88

99.6% positive feedback    326K items sold

📅 Joined Jan 2020
🕐 Usually responds within 24 hours

Welcome to our store! We take pride in offering a wide range of high-quality products at incredibly affordable prices. At our store, you'll find a diverse selection of items that cater to various ...

See more ∨

**Visit store**

Message seller

♡ Save seller

### Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

Average for the last 12 months

### Popular categories from this store    See all

Travel   Toys & Hobbies   Pet Supplies

Musical Instruments & Gear

Cameras & Photo

---

Filter: All ratings ∨    Satisfaction    Appearance    Quality    Dimensions

➕ o***l (4) · Past 6 months    Verified purchase

I have shared these bags with my neighbors & we are all like them very much. The may be compostable, but we can't put dog feces in our compost here. They are a bit smaller the average & are on the thin side. But, we do like them.

➕ r***o (118) · Past month    Verified purchase

Awesome appearance and quality and the humor is top shelf! I got extra for my friends and they are sharing with friends. Will definitely be buying more!

➕ l***2 (515) · Past month    Verified purchase

Big conversation starter! Great product and seller.

➕ h***y (1900) · Past month    Verified purchase

the product and shipping were excellent and fast! Thank you!

➕ 6***9 (71) · Past month    Verified purchase

Quick delivery, package well, exactly as shown. Great seller highly recommend.

➕ e***g (2707) · Past 6 months    Verified purchase

Great seller! A+++!

➕ eBay automated Feedback · Past month

Order delivered on time with no issues

➕ eBay automated Feedback · Past month

Order delivered on time with no issues

See all feedback

---

More to explore :   Poop Bags Dog Pooper Waste Bags,   Biodegradable Dog Pooper Waste Bags,   Poop Bags Biodegradable Dog Pooper Scoopers & Bags,   Earth Rated Biodegradable Dog Pooper Waste Bags,   Arm & Hammer Biodegradable Dog Pooper Waste Bags,   Dog Waste Bags,   Poop Bags Dog Pooper Scoopers & Bags,   Poop Bags Dog Pooper Bag Dispensers,   Biodegradable Dog Pooper Scoopers & Bags,   Earth Rated Dog Pooper Waste Bags

## Shop Top Sellers and Highly Rated Products in Pooper Scoopers & Bags

**Best Sellers**

PET N PET PET2209 Dog Waste Trash Bags - 60 Rolls

PET N PET Dog Poop Bags - Pack of 540

**Top Rated**

Earth Rated BIO270 9 x 13 inch Poop Bags for Dog - 18 Roll

EcoJeannie Dog Poop Bag Dispenser with Stainless Steel Carabiner Clip - PB0007