USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SMOLOTOV, LLC,

Plaintiff,

-against-

BINXU, *et al.*,

Defendants.

---------------------------------------------------------------X

1:26-cv-3398-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated April 28, 2026, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 10, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's April 28, 2026 order forthwith and in any event no later than August 13, 2026.

SO ORDERED.

Dated: August 12, 2026

GREGORY H. WOODS
United States District Judge