MCCULLOCH | KLEINMAN

INTELLECTUAL PROPERTY ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

August 14, 2026

**VIA ECF**

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods, U.S.D.J.
500 Pearl Street
New York, NY 10007

**Re: *Smolotov, LLC v. Binxu, et al.*, No. 1:26-cv-3398-GHW**

Dear Judge Woods:

This firm represents Plaintiff Smolotov, LLC ("Plaintiff") in the above-referenced case. I write to follow up the status letter filed yesterday, August 13, 2026 (Dkt. No. 15), to further request an adjournment *sine die* of the initial pretrial conference currently scheduled for August 17, 2026, at 3:00 p.m. Given that no other parties have appeared in the case, good cause exists to adjourn the conference until such time that the amended complaint is filed and served, with the Court's leave.

Respectfully submitted,

Nathaniel A. Kleinman, Esq.
76 S. Orange Ave., Ste. 105
South Orange, NJ 07079
nate@mkiplaw.com

The initial pretrial conference scheduled for August 17, 2026 is adjourned to October 13, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's April 28, 2026 order are due no later than October 6, 2026. The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: August 17, 2026

GREGORY H. WOODS
United States District Judge